UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HARP,

    Plaintiff,                                              Case No. 21-12446

v.                                                      Honorable Nancy G. Edmunds

KRISTINE AUSTIN, *et al.*,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JANUARY 31, 2022 REPORT AND RECOMMENDATION [17]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Anthony Harp against Defendants Kristine Austin, Sirena Landfair, Brian Strickland, JCF Healthcare staff, Michigan Department of Corrections ("MDOC"), and Corizon Health, Inc. for alleged violations of the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act. (ECF No. 1.) The case has been referred to Magistrate Judge Jonathan J.C. Grey for all pre-trial matters. (ECF No. 6.) The matter is before the Court on the Magistrate Judge's report and recommendation to summarily dismiss Defendants MDOC and Strickland from this action. (ECF No. 17.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF

1

No. 17). Accordingly, Defendants MDOC and Strickland are DISMISSED from this matter.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 28, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager