UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HARP,

    Plaintiff,

v.

KRISTINE AUSTIN, *et al.*,

    Defendants.

_____/

Case No. 21-12446

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 1, 2022 REPORT AND RECOMMENDATION [21]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Anthony Harp alleging violations of the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act. (ECF No. 1.) The case has been referred to Magistrate Judge Jonathan J.C. Grey for all pre-trial matters. (ECF No. 6.) The remaining defendants are Kristine Austin, Sirena Landfair, JCF Healthcare staff, and Corizon Health, Inc. Before the Court is the Magistrate Judge's report and recommendation to construe Plaintiff's motion to dismiss JCF Healthcare staff (ECF No. 19) as a notice of voluntary dismissal of those parties. (ECF No. 21.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 21). Accordingly, JCF Healthcare staff are DISMISSED from this matter.

1

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 29, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
