UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY HARP,**<br><br>Plaintiff,<br><br>vs.<br><br>**KRISTINE AUSTIN and CORIZON HEALTH INC.,**<br><br>Defendants. | **2:21-CV-12446-TGB-KGA**<br><br>HON. TERRENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 59)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's October 31, 2025 Report and Recommendation, ECF No. 59, recommending that Defendant Corizon Health Inc. be **DISMISSED WITHOUT PREJUDICE.**

The Court has reviewed Magistrate Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore,

accept Magistrate Judge Altman's October 31, 2025 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation, ECF No. 59, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant Corizon Health Inc. is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated: December 15, 2025   /s/Terrence G. Berg
　　　　　　　　　　　　　HON. TERRENCE G. BERG
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE